PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Tony Stetson Robinson**              **Docket No. 7:22-CR-113-1D**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Henry Ponton, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Tony Stetson Robinson, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., United States Magistrate Judge, sitting in the Court at Wilmington, on the 12th day of October, 2022.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Following the defendant's placement on pretrial release, he expressed a concern that he would not be able to complete daily personal and work-related tasks without access to the internet on his personal phone. U.S. Probation advised we would not oppose this request if the defendant consented to computer monitoring by physical search and software. Additionally, the defendant would need to abstain from possessing or viewing pornography. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision.

**PRAYING THAT THE COURT WILL ORDER**

- At the direction of the U.S. Probation Officer, the defendant must consent to the installation of systems or software that will allow the probation officer or designee to monitor computer use on any computer that the defendant owns or is authorized to use. The defendant must pay the costs of this monitoring.

- To ensure compliance with supervision, the defendant must submit to unannounced searches of any computer or computer equipment (including mobile phones, tables, and data storage) which, in the discretion of the U.S. Probation Officer, may include the use of computer monitoring technology, computer search or analysis software, and copying of all data from the device and external peripherals. Such examination may require the removal of devices from the defendant's possession for the purpose of conducting a thorough inspection.

- The defendant shall not possess any legal or illegal pornographic material, including any materials depicting and/or describing "child pornography" and/or "simulated" child pornography as defined in 18 U.S.C. § 2256, nor shall the defendant enter any location where such materials can be accessed, obtained, or viewed, including pictures, photographs, books, writings, drawings, videos, or video games.

Tony Stetson Robinson
Docket No. 7:22-CR-113-1D
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Henry Ponton
Henry Ponton
U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 910-679-2048
Executed On: October 14, 2022

## ORDER OF THE COURT

Considered and ordered the **14** day of **October**, 2022, and ordered filed and made part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge